UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

BETTY HARRIS                                                                                           PLAINTIFF

V.                                                                      CIVIL ACTION NO. 3:16-CV-180 DPJ-JCG

NANCY A. BERRYHILL, ACTING
COMMISSIONER OF SOCIAL SECURITY                                                DEFENDANT

ORDER OF REMAND

This social-security appeal is before the Court on the Report and Recommendation of Magistrate Judge John C. Gargiulo [13]. Plaintiff Betty Harris filed this action appealing the Commission's dismissal of her claim for disability insurance benefits and supplemental security income. The Commission moved to affirm the decision [11]. Judge Gargiulo, in a thorough Report and Recommendation, recommended denial of the motion to affirm [11] and remand of the matter for further proceedings. On July 28, 2017, the Commission filed a notice of no response, declining to object to the recommendation. Notice [14].

Accordingly, the Report and Recommendation is adopted as the finding of this Court. This matter is remanded to the Social Security Commission for proceeding consistent with the Report and Recommendation [13].

**SO ORDERED AND ADJUDGED** this the 9th day of August, 2017.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE